1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ANDREW CLIFF JOHNSON,                    No. CIV S-08-2167-CMK-P

12          Plaintiff,

13      vs.                                  ORDER

14  ALLAN P. CARTER, et al.,

15          Defendants.

16  _____/

17      To:   The Solano County Sheriff's Department
              Sheriff's Administration
18            530 Union Avenue, Suite 100, Fairfield, California 94533:

19          Plaintiff, a state prisoner proceeding pro se and in forma pauperis, is obligated to

20  pay the full statutory filing fee for this action. Plaintiff will be obligated to make monthly

21  payments in the amount of twenty percent of the preceding month's income credited to plaintiff's

22  inmate trust account. The agency referenced above is required to send to the Clerk of the Court

23  payments from plaintiff's inmate trust account each time the amount in the account exceeds

24  $10.00, until the statutory filing fee of $350.00 is paid in full. See 28 U.S.C. § 1915(b)(2).

25  / / /

26  / / /

1

Good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The director of the agency referenced above, or a designee, shall collect from plaintiff's inmate trust account the filing fee by collecting monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's inmate trust account and forwarding payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), such payments to be clearly identified by the name and number assigned to this action;

2. The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit to the address shown above; and

3. The Clerk of the Court is further directed to serve a copy of this order on the Financial Department of the court.

DATED: September 23, 2008

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE